UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61233-CIV-DIMITROULEAS

JOSHUA ELYASHIV,
*Individually and behalf of all others similarly situated*,

    Plaintiffs,

vs.

BLOCK EQUITY GROUP, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiff filed a Complaint on July 13, 2024. On October 15, 2024, this Court issued an order stating that "on or before **October 22, 2024**, Plaintiff shall either perfect service upon Defendant Block Equity Group, LLC, show that service has already been made, or show good cause why service has not been perfected.  Failure to timely respond will result in immediate dismissal of this action without prejudice." [DE 4].

Yet as of the date of this Order, Plaintiff has not responded to the Court's October 15th Order [DE 4], nor perfected service on Defendant Block Equity Group, LLC.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE;**
2. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of October, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record